CLAUDIA A. COSTA
CCOSTA@GRSM.COM
DIRECT DIAL: (212) 453-0779



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

May 26, 2023

**VIA ECF**
Honorable Robert M. Levy, USDJ
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>Lauren Beth Meisler et al. v. Eagle Chase Condominium Assoc., et al.</u>
            1:23-cv-1569-EK-RML

Dear Hon. Levy:

    The undersigned represents Defendant, Steven Osman. On June 1, 2023, there is an initial conference in this matter.

    This letter is to request a brief adjournment due to a traveling conflict. I am out of town with my family and, therefore, need to request a brief adjournment. My travel schedule may prevent me from appearing even by telephone.

    All parties have consent to the adjournment.

    We thank the court for its consideration.

                                    Respectfully submitted,

                                    *Claudia A. Costa*

                                    Claudia A. Costa

CAC:sav

*cc: All Counsel of Record Via ECF*