

MARK DAVID SHIRIAN P.C.

228 East 45th Street, Suite 1700-B
New York, NY 10017
Tel: (212) 931- 6530
Fax: (212) 898 - 0163
www.shirianpc.com

MARK D. SHIRIAN
mshirian@shirianpc.com

June 19, 2024

**Via ECF**
Magistrate Judge Robert M. Levy
United States District Court (EDNY)
225 Cadman Plaza East
Brooklyn, NY 11201

        Re: Meisler et al v. Eagle Chase Condominium Association et al
        Case Number: 1:23-cv-01569-EK-RML

Dear Judge Bloom:

    This firm represents Plaintiffs in the above referenced matter. I write jointly with the defendants to respectfully request a settlement conference before Your Honor or another Magistrate Judge or a referral to the E.D.N.Y. Mediation Panel.

    The parties propose the following dates on which they are available for a settlement conference: July 24, 2024 through August 9, 2024 (except for July 30, 2024).

    Thank you for your consideration of this matter.

                            Respectfully submitted,

                            Mark D. Shirian

Cc: All attorneys of record *(via ECF)*