# Schneider Buchel LLP

60 Crossways Park Drive W, Suite 340
Woodbury, New York 11797
P: 516.393.5555 F: 516.393.5556

August 18, 2025

<u>Via Email-</u> Eichenholtz_Chambers@nyed.uscourts.gov
Magistrate Judge Seth D. Eichenholtz
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   **Re:** **Meisler, et al. v. Eagle Chase Condominium Association, et al.**
      **Case No.: 1:23-cv-1569-EK-SDE**

Dear Judge Eichenholtz:

  Please be advised that this firm represents Defendants Eagle Chase Condominium Association, Board of Managers of Eagle Chase Condominium, and Fairfield Properties (collectively herein "Defendants") in the above-referenced action (the "Action"). We are writing on behalf of all parties to the Action and in response to the Court's Order dated August 15, 2025 regarding the proposed settlement in the Action.

  In light of the Order, the parties respectfully request a 60-day adjournment of the conference currently scheduled for August 21, 2025 to October 21, 2025 in order for the parties to submit a motion seeking approval of the proposed settlement agreement (the "Settlement"). As certain terms of the Settlement are intended to be kept confidential, the parties respectfully request that the motion and the Settlement be reviewed *in camera* by the Court. The parties are consenting to Judge Eichenholtz's jurisdiction and will be filing the required consent form.

  In addition, the Court previously granted Plaintiff's motion to extend the time to submit the Settlement documentation through September 5, 2025 (Dkt. No. 36). Considering the foregoing, the parties respectfully request that this deadline be extended through October 21, 2025 as well.

  Finally, Ms. Acosta, attorney for Defendant Steven Osman, is currently in the process of transitioning to a different law firm and will continue to represent Mr. Osman at her new firm. As such, the request for the extension/adjournment is also respectfully being made in light of same.

# Schneider Buchel LLP

60 Crossways Park Drive W, Suite 340
Woodbury, New York 11797
P: 516.393.5555 F: 516.393.5556

Thank you for Your Honor's time and consideration.  We appreciate the Court's assistance in resolving this matter.

Respectfully submitted,

*Mitchell Flachner*

Mitchell Flachner

**MARK DAVID SHIRIAN P.C.**

By: *Mark Shirian*
_____
Mark David Shirian
Attorney for Plaintiffs

**GORDON REES SCULLY MANSUKHANI**

By: *Claudia A. Costa*
_____
Claudia A. Costa
Attorneys for Defendant
Steven Osman