

MARK DAVID SHIRIAN P.C.

228 East 45ᵀᴴ Street, Suite 1700-B
New York, NY 10017
Tel: (212) 931- 6530
Fax: (212) 898 - 0163
www.shirianpc.com

MARK D. SHIRIAN
mshirian@shirianpc.com

January 5, 2026

Via ECF
Magistrate Judge Seth D. Eichenholtz
United States District Court (EDNY)
225 Cadman Plaza East
Brooklyn, NY 11201

       Re: Lauren Beth Meisler et al. v. Eagle Chase Condominium Association et al.
       Case No.: 1:23-cv-01569-EK-SDE

Dear Judge Eichenholtz:

Pursuant to Local Civil Rule 7.1(d) and Fed. R. Civ. P. 6(b), Plaintiffs, by their undersigned counsel, respectfully request a final two-week extension of the deadline to supplement the motion to approve the settlement agreement (Dkt. 43) and the related motion for attorney's fees (Dkt. 46). The current deadline is January 7, 2026; Plaintiffs request that the deadline be extended to January 21, 2026.

As the Court is aware, following the fairness hearing held on November 25, 2025, the Court reserved decision on the pending motions and directed Plaintiffs to file supplemental submissions by December 8, 2025, and an extension was requested and granted to January 7, 2026.

Since the hearing, Plaintiffs have consulted with trust and estates counsel to evaluate all available options regarding the proposed settlement, the disposition of the settlement proceeds, and the most appropriate path forward in light of the estate-planning and tax issues that have arisen. Plaintiffs are now finalizing the necessary paperwork, which is currently under review by the clients. However, the intervening holidays have made it difficult to complete this process in a timely manner, necessitating additional time to ensure a comprehensive supplemental submission that fully addresses the concerns raised by the Court at the November 25 hearing.

This is the second and final request for an extension of the December 8, 2025 supplemental briefing deadline. The request is made in good faith, is not for purposes of delay, and will not prejudice any party. Counsel for Defendants have advised that Defendants consent to this request.

Plaintiffs thank the Court for its time and consideration of this application.



MARK DAVID SHIRIAN P.C.

228 East 45ᵀᴴ Street, Suite 1700-B
New York, NY 10017
Tel: (212) 931- 6530
Fax: (212) 898 - 0163
www.shirianpc.com

MARK D. SHIRIAN
mshirian@shirianpc.com

Respectfully submitted,

 /s/ Mark David Shirian

Cc: Attorneys of Record Via ECF